No. 223, Misc. KINCH *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se.* *Louis J. Lefkowitz,* Attorney General of New York, and *Joseph J. Rose,* Assistant Attorney General, for respondent.

No. 225, Misc. SCHAFFER *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se.* *Stanley Mosk,* Attorney General of California, and *Arlo E. Smith,* Deputy Attorney General, for respondent.

No. 253, Misc. WILLIAMS *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied. *John F. Finerty, Curtis F. McClane* and *Rowland Watts* for petitioner. *William I. Siegel* for respondent.

No. 294, Misc. RUTHERFORD *v.* ILLINOIS CENTRAL RAILROAD Co. C. A. 5th Cir. Certiorari denied. *John W. Freels, James L. Byrd* and *Joseph H. Wright* for respondent.

No. 345, Misc. LYLES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *William F. Walsh* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 351, Misc. HEATH ET AL. *v.* HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 385, Misc. PETERSEN *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied. *Edward Q. Carr, Jr.* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, for respondent.